IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-24323 CMB |
| Francis J. Cehelsky a/k/a Frank Cehelsky ) | Chapter 13 |
| Lorraine A. Cehelsky a/k/a ) | Docket No. |
| Lorraine A. Slutiak-Cehelsky, ) | |
|     Debtors ) | |
| ) | |
| Francis J. Cehelsky a/k/a Frank Cehelsky ) | |
| Lorraine A. Cehelsky a/k/a ) | |
| Lorraine A. Slutiak-Cehelsky, ) | |
|     Movants ) | |
| ) | |
|     Vs. ) | |
| ) | |
| First Commonwealth Bank, PNC Bank, Allegheny ) | |
| Clinic, Allegheny General Hospital, Allegheny ) | |
| Radiology, Bank of America, Chase, Citibank, ) | |
| Discover Bank, Heritage Valley Health System, ) | |
| Home Depot, Kohl's, Lowe's, Montour Dental, ) | |
| Ohio Valley Hospital, Robinson EMS, UPMC, ) | |
| UPMC Physician Services, and Ronda Winnecour, ) | |
| Trustee, ) | |
|     Respondents ) | |

## **REPORT OF FINANCING**

AND NOW, come the Debtors Francis J. Cehelsky a/k/a Frank Cehelsky and Lorraine A. Slutiak-Cehelsky, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represent as follows:

1. This case was commenced on November 25, 2015 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court signed order approving the financing of the Debtors' 2015 Hyundai Sonata on February 24, 2016 at docket number 32.

3. The order of court dated February 24, 2016 requires that the Debtors file a Report of Financing.

4. The Debtors purchased a 2015 Hyundai Sonata, by way of financing through Santander Consumer USA Inc on March 5, 2016.

5. The vehicle was purchased from Hyundai of Greensburg.

6. The amount of the loan is $22,234.15 at an interest rate of 13.31%.

7. The monthly loan payment $449.98 for 72 months.

8. The monthly loan payments begin April 4, 2016.

9. The Debtor will immediately file an amended Chapter 13 plan to include the monthly vehicle loan payment.

WHEREFORE, the Debtors Francis J. Cehelsky a/k/a Frank Cehelsky and Lorraine A. Slutiak-Cehelsky, respectfully file this Report of Financing.

Respectfully submitted,

February 23, 2017  /s/ Kenneth Steidl
DATE  Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965