IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-24323 CMB |
| Francis J. Cehelsky a/k/a Frank Cehelsky ) | Chapter 13 |
| Lorraine A. Cehelsky a/k/a ) | Docket No. |
| Lorraine A. Slutiak-Cehelsky, ) | |
|     Debtors ) | |
| ) | |
| Francis J. Cehelsky a/k/a Frank Cehelsky ) | |
| Lorraine A. Cehelsky a/k/a ) | |
| Lorraine A. Slutiak-Cehelsky, ) | |
|     Movants ) | |
| ) | |
|     Vs. ) | |
| ) | |
| First Commonwealth Bank, PNC Bank, Allegheny ) | |
| Clinic, Allegheny General Hospital, Allegheny ) | |
| Radiology, Bank of America, Chase, Citibank, ) | |
| Discover Bank, Heritage Valley Health System, ) | |
| Home Depot, Kohl's, Lowe's, Montour Dental, ) | |
| Ohio Valley Hospital, Robinson EMS, UPMC, ) | |
| UPMC Physician Services, and Ronda Winnecour, ) | |
| Trustee, ) | |
| Respondents ) | |

## CERTIFICATE OF SERVICE FOR REPORT OF FINANCING

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on (date) February 23, 2017.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: First Class Mail.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See attached mailing matrix.

Respectfully submitted,

<u>February 23, 2017</u>                                   <u>/s/ Kenneth Steidl                       </u>
DATE                                                  Kenneth Steidl, Esquire
                                                      Attorney for the Debtor

                                                      STEIDL & STEINBERG
                                                      707 Grant Street
                                                      Suite 2830, Gulf Tower
                                                      Pittsburgh, PA 15219
                                                      (412) 391-8000
                                                      Ken.steidl@steidl-steinberg.com
                                                      PA I.D. No. 34965

**PAWB Local Form 7 (07/13)**

```
Label Matrix for local noticing          AMERICAN EXPRESS CENTURION BANK          AMX
0315-2                                    C/O BECKET AND LEE LLP                  c/o Becket & Lee
Case 15-24323-CMB                         POB 3001                                PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA          MALVERN, PA 19355-0701                  16 General Warrent Blvd.
Pittsburgh                                                                        Malvern, PA 19355-1245
Thu Feb  4 17:34:05 EST 2016

Peter J. Ashcroft                         BMW Financial Services NA, LLC          (p)BMW FINANCIAL SERVICES
Bernstein-Burkley, P.C.                   P.O. Box 201347                         CUSTOMER SERVICE CENTER
Suite 2200, Gulf Tower                    Arlington, TX 76006-1347                PO BOX 3608
Pittsburgh, PA 15219-1900                                                         DUBLIN OH 43016-0306

BP / Synchrony Bank                       (p)BANK OF AMERICA                      Bank of America, N.A.
PO Box 965060                             PO BOX 982238                           P O Box 982284
Orlando, FL 32896-5060                    EL PASO TX 79998-2238                   El Paso, TX 79998-2284

Francis J. Cehelsky                       Lorraine A. Cehelsky                    Chase
5 Wellington Court                        5 Wellington Court                      PO Box 15298
Mc Kees Rocks, PA 15136-1377              Mc Kees Rocks, PA 15136-1377            Wilmington, DE 19850-5298

Chase/Amazon                              CitiBank                                Discover
PO Box 15298                              PO Box 6500                             Golden Valley Club Drive
Wilmington, DE 19850-5298                 Sioux Falls, SD 57117-6500              Minneapolis, MN 55427

Discover Bank                             Discover Bank                           (p)FIRST COMMONWEALTH BANK
6681 Country Blub Drive                   Discover Products Inc                   PO BOX 400
Minneapolis, MN 55427-4601                PO Box 3025                             INDIANA PA 15701-0400
                                          New Albany, OH  43054-3025

Home Depot                                Kohl's                                  Lowe's/Synchrony Bank
c/o Chase Card Services                   Customer Service & Operation Center     PO Box 965004
PO Box 15298                              N54 W13600                              Orlando, FL 32896-5004
Wilmington, DE 19850-5298                 Menomonee Falls, WI 53051

Office of the United States Trustee       PNC Bank                                PNC Bank
Liberty Center.                           2730 Liberty Avenue                     6750 Miller Road
1001 Liberty Avenue, Suite 970            Pittsburgh, PA 15222-4747               Brecksville, OH 44141-3239
Pittsburgh, PA 15222-3721

Pennsylvania Dept. of Revenue             Peoples Natural Gas Company, LLC        Recovery Management Systems Corporation
Department 280946                         Attn: Dawn Lindner                      25 S.E. Second Avenue
P.O. Box 280946                           225 North Shore Drive                   Suite 1120
ATTN: BANKRUPTCY DIVISION                 Pittsburgh, PA 15212-5861               Miami, FL 33131-1605
Harrisburg, PA 17128-0946

Recovery Management Systems Corporation   Kenneth Steidl                          S. James Wallace
25 S.E. 2nd Avenue, Suite 1120            Steidl & Steinberg                      845 N. Lincoln Avenue
Miami, FL 33131-1605                      Suite 2830 Gulf Tower                   Pittsburgh, PA 15233-1828
                                          707 Grant Street
                                          Pittsburgh, PA 15219-1908
```

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| BMW Financial Services NA, LLC | Bank of America | First Commonwealth Bank |
|---|---|---|
| P.O. Box 3608 | PO Box 982235 | PO Box 400 |
| Dublin, OH 43016 | El Paso, TX 79998-2235 | Indiana, PA 15701-0400 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)BMW Finance | (u)Duquesne Light Company | (u)Mazda Finance |
|---|---|---|

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33