Form 151

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Francis J. Cehelsky**
**aka Frank Cehelsky**
**Lorraine A. Cehelsky**
**aka Lorraine A. Slutiak–Cehelsky**
   Debtor(s)

Bankruptcy Case No.: 15–24323–CMB

Chapter: 13
Docket No.: 66 – 65
Concil. Conf.: April 13, 2017 at 10:30 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the 27th day of February, 2017, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

FIRST CLASS MAIL

on the respondent(s) at (list names and addresses here):

SEE ATTACHED MAILING MATRIX

Executed on February 27, 2017        /s/ Kenneth Steidl
      (Date)       (Signature)

Kenneth Steidl, Esquire
Attorney for the Debtor

STEIDL & STEINBERG
707 Grant Street
Suite 2830, Gulf Tower
Pittsburgh, PA 15219
(412) 391-8000
Ken.steidl@steidl-steinberg.com
PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-24323-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Thu Feb  4 17:34:05 EST 2016 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | AMX<br>c/o Becket & Lee<br>PO Box 3001<br>16 General Warrent Blvd.<br>Malvern, PA 19355-1245 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | BMW Financial Services NA, LLC<br>P.O. Box 201347<br>Arlington, TX 76006-1347 | (p)BMW FINANCIAL SERVICES<br>CUSTOMER SERVICE CENTER<br>PO BOX 3608<br>DUBLIN OH 43016-0306 |
| BP / Synchrony Bank<br>PO Box 965060<br>Orlando, FL 32896-5060 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Francis J. Cehelsky<br>5 Wellington Court<br>Mc Kees Rocks, PA 15136-1377 | Lorraine A. Cehelsky<br>5 Wellington Court<br>Mc Kees Rocks, PA 15136-1377 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/Amazon<br>PO Box 15298<br>Wilmington, DE 19850-5298 | CitiBank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | Discover<br>Golden Valley Club Drive<br>Minneapolis, MN 55427 |
| Discover Bank<br>6681 Country Blub Drive<br>Minneapolis, MN 55427-4601 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 |
| Home Depot<br>c/o Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Kohl's<br>Customer Service & Operation Center<br>N54 W13600<br>Menomonee Falls, WI 53051 | Lowe's/Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 | PNC Bank<br>6750 Miller Road<br>Brecksville, OH 44141-3239 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5861 | Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | S. James Wallace<br>845 N. Lincoln Avenue<br>Pittsburgh, PA 15233-1828 |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219-2702

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

BMW Financial Services NA, LLC
P.O. Box 3608
Dublin, OH 43016

Bank of America
PO Box 982235
El Paso, TX 79998-2235

First Commonwealth Bank
PO Box 400
Indiana, PA 15701-0400

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMW Finance

(u)Duquesne Light Company

(u)Mazda Finance

End of Label Matrix
Mailable recipients    30
Bypassed recipients     3
Total                  33