IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:    Frank J. Cehelsky aka Frank Cehelsky<br>Lorraine A. Cehelsky aka Lorraine A. Slutiak-Cehelsky<br>Debtors | Chapter 13 |
| JPMORGAN CHASE BANK, N.A.<br>v.<br>Frank J. Cehelsky aka Frank Cehelsky<br>Lorraine A. Cehelsky aka Lorraine A. Slutiak-Cehelsky<br>and<br>Ronda J. Winnecour<br>Trustee | NO. 15-24323 CMB<br><br>Related to Doc No. 54, 60, 70 |

## ORDER

Upon Consideration of the Certification of Default filed by the Moving Party in accordance with the Stipulation of the parties approved on   it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow JPMORGAN CHASE BANK, N.A. and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises JM3TB3CVXE0425403 2014 Mazda Cx-9 Awd.

~~The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.~~

*Carlota M Bohm*

Dated:  March 8, 2017

FILED
3/8/17 2:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Francis J. Cehelsky  
Lorraine A. Cehelsky  
    Debtors

Case No. 15-24323-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db/jdb        +Francis J. Cehelsky,    Lorraine A. Cehelsky,    5 Wellington Court,  
                 Mc Kees Rocks, PA 15136-1377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
         James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
         Kenneth Steidl    on behalf of Joint Debtor Lorraine A. Cehelsky  
          julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.  
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
         Kenneth Steidl    on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com,  
          ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.  
          nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com  
         Martin A. Mooney    on behalf of Creditor    BMW Financial Services NA, LLC  
          tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
         Martin A. Mooney    on behalf of Creditor    Financial Services Vehicle Trust  
          tshariff@schillerknapp.com,    tshariff@ecf.courtdrive.com;kcollins@schillerknapp.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,  
          ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd  
          rive.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,  
          Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
         William E. Craig    on behalf of Creditor    JPMorgan Chase Bank N.A. mortonlaw.bcraig@verizon.net,  
          donnal@mortoncraig.com;mhazlett@mortoncraig.com  
                                                                                                                      TOTAL: 10