IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  )<br> )<br>Francis J. Cehelsky a/k/a  )<br>Frank Cehelsky, and  )<br>Lorraine A. Cehelsky a/k/a  )<br>Lorraine A. Slutiak-Cehelsky,  )<br> )<br>Debtors.  )<br> ) | Case No.  15-24323-CMB<br><br>Chapter 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS**

TO:  THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE UNITED STATES TRUSTEE, AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010 and all other applicable law, the undersigned, as counsel of record for **FIRST COMMONWEALTH BANK, successor by merger to PITTSBURGH HOME SAVINGS BANK**, a creditor of the above-named Debtors and a party-in-interest in the captioned bankruptcy case, hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following office, address and telephone number:

**Gary W. Darr, Esquire**
McGrath McCall, P.C.
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA 15222
Telephone: 412-281-4333
Facsimile: 412-281-2141
gdarr@lenderlaw.com

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtor.

By: /s/ Gary W. Darr
    Gary W. Darr, Esquire
    PA I.D. No. 90857
    McGrath McCall, P.C.
    Four Gateway Center, Suite 1040
    444 Liberty Avenue
    Pittsburgh, PA 15222
    Telephone (412) 281-4333
    Facsimile (412) 281-2141
    gdarr@lenderlaw.com
    Attorneys for First Commonwealth Bank, successor by merger to Pittsburgh Home Savings Bank