IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | Bktcy. 15-24323-CMB |
| | ) | |
| FRANCIS J. CEHELSKY and LORRAINE A. CEHELSKY, | ) ) | Chapter 13 |
| | ) | |
| DEBTORS | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| FRANCIS J. CEHELSKY and LORRAINE A. CEHELSKY, | ) ) ) | Doc. # \_\_\_\_ |
| | ) | Related Doc. # 80 |
| Movant, | ) | |
| | ) | Hearing Date:  10/25/17 |
| v. | ) | |
| | ) | Hearing Time:  11:00 AM |
| FIRST COMMONWEALTH BANK, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT ORDER RESOLVING DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

AND NOW, to wit this \_\_\_\_\_ day of _____, 2017, the Court being advised that the Movant and Respondents having amicably resolved the Notice of Mortgage Payment Change filed September 7, 2017 by Respondent, the objection thereto filed (Doc. # 80) by Movant, and the Respondent's Response to Movant's objection (Doc. # 82), it is hereby **ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** as follows:

1. The escrow delinquency owed in connection with proof of claim # 17 in the Claims Register ("First Mortgage") attributable to the period between the Petition Date and the October 2017 payment equals $772.45.

2. Said amount ($772.45) shall be paid over twelve (12) months, starting with the October 2017 First Mortgage payment through and including the September 2018 First Mortgage

payment, by increasing the escrow component of the payment from $712.94 to 778.32. The foregoing results in a total monthly contractual payment on the First Mortgage in the amount of $1,914.37 during this time period.

3. The Chapter 13 Trustee shall update her records to reflect the foregoing and ensure distributions in accordance with the foregoing.

4. Except as otherwise set forth above, all parties reserve their respective rights and remedies.

**BY THE COURT:**

_____
**CARLOTA M. BOHM**
**UNITED STATES BANKRUPTCY JUDGE**