## PROCEEDING MEMO

Date: 10/25/2017  11:00 am

In re: Francis J. Cehelsky
     Lorraine A. Cehelsky

Bankruptcy No. 15-24323-CMB
Chapter: 13
Doc. #80

Appearances: ~~Winnecour / Bedford / Pail~~ / (Katz)
     A. Steidl
Movant(s): ~~Kenneth Steidl~~

Respondents: Roger P. Poorman   for First Commonwealth

Creditor(s):

Nature of Proceeding: #80 Objection to Notice of Mortgage Payment Change

Additional Pleadings: Certificate of Service;  #82 Response by First Commonwealth Bank; #83 Consent Order by First Commonwealth Bank

Judge's Notes:  Proposed Consent order was filed, but without Ch. 13 Trustee's consent. Per Trustee, it is not clear whether this is payment change or lump sum. There also needs to be a
Outcome: declaration or amended plan. Court continued hearing to 11/29 at 10:00 unless consent order entered ~~filed~~ with trustee's approval.

_____  Motion is GRANTED  _____Order entered
_____  Motion is DENIED_____Order entered
_____  Motion WITHDRAWN
_____  Motion is DISMISSED        Order entered
_____  Reschedule for Proper Service
_____  Case DISMISSED        Order entered
_____  Parties to submit Order/Settlement/Stipulation by _____days
_____  CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____  to hearing date of _____
_____  ISSUE EVIDENTIARY HEARING NOTICE
_____  Discovery time needed _____ days
_____  Briefs to be filed:      Movant(s) brief due _____days
                              Respondent(s) brief due _____days
                              Trustee's brief due _____days

                                            Carlota M. Böhm
                                            U.S. Bankruptcy Judge

FILED
10/26/17 11:30 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Francis J. Cehelsky
Lorraine A. Cehelsky
    Debtors

Case No. 15-24323-CMB
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Oct 26, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2017.
db/jdb          +Francis J. Cehelsky,    Lorraine A. Cehelsky,    5 Wellington Court,
                 Mc Kees Rocks, PA 15136-1377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2017 at the address(es) listed below:
       Gary W. Darr    on behalf of Creditor    First Commonwealth Bank, successor by merger to Pittsburgh Home Savings Bank gdarr@lenderlaw.com
       James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com
       Kenneth Steidl    on behalf of Joint Debtor Lorraine A. Cehelsky
        julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
        nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
        einberg.com
       Kenneth Steidl    on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com,
        ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
        nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
        einberg.com
       Martin A. Mooney    on behalf of Creditor    BMW Financial Services NA, LLC
        tshariff@schillerknapp.com,    ahight@schillerknapp.com
       Martin A. Mooney    on behalf of Creditor    Financial Services Vehicle Trust
        tshariff@schillerknapp.com,    ahight@schillerknapp.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
       Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank, successor by merger to Pittsburgh Home Savings Bank rpoorman@lenderlaw.com,    sdorn@lenderlaw.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
        Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
       William E. Craig    on behalf of Creditor    JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com,
        mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                      TOTAL: 12