# PROCEEDING MEMO

Date: 11/29/2017  10:00 am

In re: Francis J. Cehelsky
Lorraine A. Cehelsky

Bankruptcy No. 15-24323-CMB
Chapter: 13
Doc. # 80

Appearances: (Winnecour) Bedford / Pail / Katz

Movant(s): ~~Kenneth Steidl~~    Julie Steidl for Debtors

Respondents: ~~Roger P. Poorman~~  Gary Darr for First Commonwealth

Creditor(s):

Nature of Proceeding: #80 Continued Objection to Notice of Mortgage Payment Change

Additional Pleadings: #82 Response by First Commonwealth Bank;  #83 Consent Order by First Commonwealth Bank (all filed previously)

Judge's Notes:    No one had signed consent order that was filed; Mr. Darr has a revised order, but it is not outdated; plans to file a new consent order to be presented to Trustee.
Outcome:
Mr. Parr to file consent order by Monday, December 4, 2017.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED        Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                               Respondent(s) brief due _____ days
                               Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
11/29/17 4:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA