IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

*************************************************************************

| | ) | |
|---|---|---|
| IN RE: | ) | Bktcy. 15-24323-CMB |
| | ) | |
| FRANCIS J. CEHELSKY and | ) | Chapter 13 |
| LORRAINE A. CEHELSKY, | ) | |
| | ) | |
| DEBTORS | ) | |

*************************************************************************

| | ) | |
|---|---|---|
| FRANCIS J. CEHELSKY and | ) | Doc. # ____ |
| LORRAINE A. CEHELSKY, | ) | |
| | ) | Related Doc. # 80 |
| Movant, | ) | |
| | ) | Hearing Date: 11/29/17 |
| v. | ) | |
| | ) | Hearing Time: 10:00 AM |
| FIRST COMMONWEALTH BANK, | ) | |
| | ) | |
| Respondent. | ) | |

*************************************************************************

**CONSENT ORDER RESOLVING DEBTORS' OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

AND NOW, to wit this _____ day of _____, 2017, the Court being advised that the Movant and Respondents having amicably resolved the Notice of Mortgage Payment Change filed September 7, 2017 by Respondent, the objection thereto filed (Doc. # 80) by Movant, and the Respondent's Response to Movant's objection (Doc. # 82), it is hereby **ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** as follows:

1. The escrow delinquency owed in connection with proof of claim # 17 in the Claims Register ("First Mortgage") attributable to the period between the Petition Date and the October 2017 payment equals $772.45.

2. Said amount ($772.45) shall be paid over twelve (12) months, starting with the January 2018 Trustee distribution payment through and including the December, 2018 First

Mortgage payment, by increasing the escrow component of the payment from $712.94 to $778.32. The foregoing results in a new total monthly contractual payment on the First Mortgage in the amount of $1,914.37 during this time period.

3. The Debtors' monthly plan payment shall be increased by $68.39/ month beginning December 2017 to fund this increase.

4. Absent a new Notice of Payment Change or other Order of Court (including a modified Plan), the Trustee will continue to pay First Commonwealth Bank $1,914.37 per month after December, 2018.

5. Except as otherwise set forth above, all parties reserve their respective rights and remedies.

**BY THE COURT:**

**CARLOTA M. BOHM**
**UNITED STATES BANKRUPTCY JUDGE**

Consented to:

McGRATH McCALL, P.C.

By: /s/ Gary W. Darr
Gary W. Darr, Esquire
PA I.D. No. 90857
Four Gateway Center, Suite 1040
444 Liberty Avenue
Pittsburgh, PA  15222
gdarr@lenderlaw.com
(412) 281-4333
Attorneys for Respondent

STEIDL & STEINBERG

By: /s/ Kenneth Steidl
Kenneth Steidl, Esquire
PA I.D. No. 34965
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
ken.steidl@steidl-steinberg.com
(412) 391-8000
Attorneys for Movants

CHAPTER 13 TRUSTEE

By: /s/ Owen Katz
Owen Katz, Esquire
Attorney for Trustee