IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| IN RE: | ) | Bktcy. 15-24323-CMB |
| | ) | |
| FRANCIS J. CEHELSKY and | ) | Chapter 13 |
| LORRAINE A. CEHELSKY, | ) | |
| | ) | |
| DEBTORS | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| FRANCIS J. CEHELSKY and | ) | Doc. # ____ |
| LORRAINE A. CEHELSKY, | ) | |
| | ) | Related Doc. # 80 , 87 |
| Movant, | ) | |
| | ) | Hearing Date: 11/29/17 |
| v. | ) | |
| | ) | Hearing Time: 10:00 AM |
| FIRST COMMONWEALTH BANK, | ) | |
| | ) | |
| Respondent. | ) | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT ORDER RESOLVING DEBTORS' OBJECTION TO NOTICE OF
MORTGAGE PAYMENT CHANGE**

AND NOW, to wit this __5th__ day of _____December_____, 2017, the Court being advised that the Movant and Respondents having amicably resolved the Notice of Mortgage Payment Change filed September 7, 2017 by Respondent, the objection thereto filed (Doc. # 80) by Movant, and the Respondent's Response to Movant's objection (Doc. # 82), it is hereby **ORDERED, ADJUDGED, DETERMINED, FOUND AND DECREED** as follows:

1.    The escrow delinquency owed in connection with proof of claim # 17 in the Claims Register ("First Mortgage") attributable to the period between the Petition Date and the October 2017 payment equals $772.45.

2.    Said amount ($772.45) shall be paid over twelve (12) months, starting with the January 2018 Trustee distribution payment through and including the December, 2018 First

Mortgage payment, by increasing the escrow component of the payment from $712.94 to $778.32. The foregoing results in a new total monthly contractual payment on the First Mortgage in the amount of $1,914.37 during this time period.

3. The Debtors' monthly plan payment shall be increased by $68.39/ month beginning December 2017 to fund this increase.

4. Absent a new Notice of Payment Change or other Order of Court (including a modified Plan), the Trustee will continue to pay First Commonwealth Bank $1,914.37 per month after December, 2018.

5. Except as otherwise set forth above, all parties reserve their respective rights and remedies.

BY THE COURT:

_____
CARLOTA M. BOHM
UNITED STATES BANKRUPTCY JUDGE

Consented to:

McGRATH McCALL, P.C.

By: /s/ Gary W. Darr
    Gary W. Darr, Esquire
    PA I.D. No. 90857
    Four Gateway Center, Suite 1040
    444 Liberty Avenue
    Pittsburgh, PA 15222
    gdarr@lenderlaw.com
    (412) 281-4333
    Attorneys for Respondent

STEIDL & STEINBERG

By: /s/ Kenneth Steidl
    Kenneth Steidl, Esquire
    PA I.D. No. 34965
    Suite 2830 – Gulf Tower
    707 Grant Street
    Pittsburgh, PA 15219
    ken.steidl@steidl-steinberg.com
    (412) 391-8000
    Attorneys for Movants

CHAPTER 13 TRUSTEE

By: /s/ Owen Katz
    Owen Katz, Esquire
    Attorney for Trustee

FILED
12/5/17 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

- 2 -

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Francis J. Cehelsky  
Lorraine A. Cehelsky  
      Debtors

Case No. 15-24323-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dric      Page 1 of 1      Date Rcvd: Dec 05, 2017  
      Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2017.  
db/jdb      +Francis J. Cehelsky,   Lorraine A. Cehelsky,   5 Wellington Court,   Mc Kees Rocks, PA 15136-1377

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2017 at the address(es) listed below:  
      Gary W. Darr    on behalf of Creditor    First Commonwealth Bank, successor by merger to Pittsburgh Home Savings Bank gdarr@lenderlaw.com  
      Gary W. Darr    on behalf of Creditor    First Commonwealth Bank gdarr@lenderlaw.com  
      James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. bkgroup@kmllawgroup.com  
      Kenneth Steidl    on behalf of Joint Debtor Lorraine A. Cehelsky julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
      Kenneth Steidl    on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com  
      Martin A. Mooney    on behalf of Creditor    Financial Services Vehicle Trust tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
      Martin A. Mooney    on behalf of Creditor    BMW Financial Services NA, LLC tshariff@schillerknapp.com, ahight@schillerknapp.com;kcollins@schillerknapp.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com  
      Roger P. Poorman    on behalf of Creditor    First Commonwealth Bank, successor by merger to Pittsburgh Home Savings Bank rpoorman@lenderlaw.com, sdorn@lenderlaw.com  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
      S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
      William E. Craig    on behalf of Creditor    JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
      TOTAL: 13