**Form 151**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Francis J. Cehelsky**
**aka Frank Cehelsky**
**Lorraine A. Cehelsky**
**aka Lorraine A. Slutiak–Cehelsky**
  Debtor(s)

Bankruptcy Case No.: 15–24323–CMB

Chapter: 13
Docket No.: 104 – 103
Concil. Conf.: January 21, 2021 at 09:00 AM

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the __4th__ day of _____November_____, _2020_, I served a copy of the within *Order* together with the *Notice of Proposed Modification to Confirmed Plan* and the *Amended Plan* filed in this proceeding, by (describe the mode of service):

First Class Mail

on the respondent(s) at (list names and addresses here):

-All parties listed on the attached mailing matrix-

Executed on _____11/4/20_____      __/s/ Kenneth Steidl_____
           (Date)                          (Signature)

 Kenneth Steidl, 2830 Gulf Tower, Pittsburgh, PA 15219
(Type Name and Mailing Address of Person Who Made Service)

```
Label Matrix for local noticing          AMERICAN EXPRESS CENTURION BANK          AMX
0315-2                                   C/O BECKET AND LEE LLP                   c/o Becket & Lee
Case 15-24323-CMB                        POB 3001                                 PO Box 3001
WESTERN DISTRICT OF PENNSYLVANIA         MALVERN, PA 19355-0701                   16 General Warrent Blvd.
Pittsburgh                                                                        Malvern, PA 19355-1245
Wed Nov  4 10:42:02 EST 2020

Peter J. Ashcroft                        BMW Financial Services NA, LLC           BMW Financial Services NA, LLC
Bernstein-Burkley, P.C.                  C/O AIS Portfolio Services LP            4515 N Santa Fe Ave. Dept. APS
Suite 2200, Gulf Tower                   4515 N Santa Fe Ave                      Oklahoma City, OK 73118-7901
Pittsburgh, PA 15219-1900                Dept. APS
                                         Oklahoma City, OK 73118-7901

BP / Synchrony Bank                      (p)BANK OF AMERICA                       Bank of America, N.A.
PO Box 965060                            PO BOX 982238                            P O Box 982284
Orlando, FL 32896-5060                   EL PASO TX 79998-2238                    El Paso, TX 79998-2284


Capital One Auto Finance,                Francis J. Cehelsky                      Lorraine A. Cehelsky
a division of Capital One N.A.           5 Wellington Court                       5 Wellington Court
Ascension Capital Group                  Mc Kees Rocks, PA 15136-1377             Mc Kees Rocks, PA 15136-1377
P.O. Box 165028
Irving, TX 75016-5028

(p)JPMORGAN CHASE BANK  N A              CitiBank                                 William E. Craig
BANKRUPTCY MAIL INTAKE TEAM              PO Box 6500                              Morton and Craig LLC
700 KANSAS LANE FLOOR 01                 Sioux Falls, SD 57117-6500               110 Marter Avenue
MONROE LA 71203-4774                                                              Suite 301
                                                                                  Moorestown, NJ 08057-3125

Gary W. Darr                             Discover                                 Discover Bank
McGrath McCall, P.C.                     Golden Valley Club Drive                 6681 Country Blub Drive
Four Gateway Center, Suite 1040          Minneapolis, MN 55427                    Minneapolis, MN 55427-4601
444 Liberty Avenue
Pittsburgh, PA 15222-1220

Discover Bank                            Duquesne Light Company                   ECAST SETTLEMENT CORPORATION
Discover Products Inc                    c/o Peter J. Ashcroft,                   PO BOX 29262
PO Box 3025                              Bernstein-Burkley, P.C.,                 NEW YORK, NY 10087-9262
New Albany, OH  43054-3025               707 Grant St., Suite 2200, Gulf Tower,
                                         Pittsburgh, PA 15219-1945

First Commonwealth Bank                  (p)FIRST COMMONWEALTH BANK               First Commonwealth Bank
P. O. Box 400                            PO BOX 400                               c/o McGrath McCall, P.C.
654 Philadelphia Street                  INDIANA PA 15701-0400                    Four Gateway Center, Suite 1040
Indiana, PA 15701-3930                                                            444 Liberty Avenue
                                                                                  Pittsburgh, PA 15222-1225

First Commonwealth Bank, successor by merger   Home Depot                         JPMorgan Chase Bank, N.A.
McGrath McCall, P.C.                     c/o Chase Card Services                  National Bankruptcy Department
Four Gateway Center                      PO Box 15298                             P.O. Box 29505 AZ1-1191
Suite 1040                               Wilmington, DE 19850-5298                Phoenix, AZ 85038-9505
444 Liberty Avenue
Pittsburgh, PA 15222-1225

Kohl's                                   Lowe's/Synchrony Bank                    Justin L. McCall
Customer Service & Operation Center      PO Box 965004                            McGrath McCall, P.C.
N54 W13600                               Orlando, FL 32896-5004                   Four Gateway Center, Suite 1040
Menomonee Falls, WI 53051                                                         444 Liberty Avenue
                                                                                  Pittsburgh, PA 15222-1220
```

| | | |
|---|---|---|
| Martin A. Mooney<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New Loudon Road<br>Suite 109<br>Latham, NY 12110-2182 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PNC BANK N.A.<br>PO BOX 94982<br>CLEVELAND, OH 44101-4982 | PNC BANK, N.A.<br>PO BOX 94982<br>CLEVELAND, OHIO 44101-4982 | PNC Bank<br>2730 Liberty Avenue<br>Pittsburgh, PA 15222-4747 |
| PNC Bank<br>6750 Miller Road<br>Brecksville, OH 44141-3239 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 | Peoples Natural Gas Company, LLC<br>Attn: Dawn Lindner<br>225 North Shore Drive<br>Pittsburgh, PA 15212-5860 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Recovery Management Systems Corporation<br>25 S.E. Second Avenue<br>Suite 1120<br>Miami, FL 33131-1605 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | SANTANDER CONSUMER USA, INC.<br>P.O. BOX 560284<br>DALLAS, TX 75356-0284 |
| Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | S. James Wallace<br>GRB Law<br>Frick Building, 437 Grant Street<br>14th Floor<br>Pittsburgh, PA 15219 |
| Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bank of America<br>PO Box 982235<br>El Paso, TX 79998-2235 | Chase<br>PO Box 15298<br>Wilmington, DE 19850-5298 | (d)Chase/Amazon<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| First Commonwealth Bank<br>PO Box 400<br>Indiana, PA 15701-0400 | (d)JPMorgan Chase Bank N.A.<br>201 N Central Ave<br>AZ1-1191<br>Phoenix, AZ 85004 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 |

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMW Finance

(u)Duquesne Light Company

(u)Financial Services Vehicle Trust

(u)JPMORGAN CHASE BANK, N.A.

(u)Mazda Finance

(d)PNC Bank, N.A.
P.O. Box 94982
Cleveland, OH 44101-4982

End of Label Matrix
Mailable recipients    48
Bypassed recipients     6
Total                  54