IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Francis J. Cehelsky | ) | Case No. 15-24323 CMB |
| Lorraine A. Cehelsky | ) | |
|     Debtor | ) | Chapter 13 |
| | ) | Document No.    113 |
| Steidl and Steinberg, P.C. | ) | |
|     Applicant | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
|     Respondents | ) | |

**REVISED CONSENT ORDER OF COURT**

AND NOW, to-wit this __24th__ day of __March__, 2022, it is hereby ORDERED, ADJUDGED and DECREED that:

1. Interim Compensation is approved in the additional amount of $7,825.00 for work performed in the Chapter 13 case by Debtors' counsel from October 12, 2015, to March 16, 2022, for work totaling 44.3 hours breaking down as such, which can be found outlined in the attached Exhibit "A":

   a. Kenneth Steidl, Partner- 23.2 hours @ $350.00/hour =           $ 8,120.00
   b. Julie Frazee Steidl, Partner- 1.2 hours @ $350.00/hour=         $ 420.00
   c. Lauren M. Lamb, Partner- 0.6 hours @ $300.00/hour=              $ 180.00
   d. Abagale E. Steidl, Associate- 2.1 hours @ $250.00/hour=         $ 525.00
   e. Paralegal- 17.2 hours @ $150.00/hour=                            $ 2,580.00

2. The Debtors paid their counsel for administrative costs and expenses totaling $500.00 (which included the court filing fee of $310.00) prior to case filing. Expenses reimbursement of $0.00 is being requested here.

3. While the actual time and expenses incurred total fees of $7,825.00 in addition to the $4,000.00 "no look fee", in light of the debtor's circumstances, the funds paid by the trustee will total $6,700.00, which is composed of:

   1. $3,200.00 paid under the initial confirmed plan,
   2. $3,500.00 approved by the confirmed amended plan November 20, 2020.

      A retainer of $800.00 was paid directly by the Debtors prior to filing and is not include in the calculations shown in part 3.

4.     This Order shall be served on the case mailing matrix with objections to be filed within 14 days.

5.     Any party-in-interest may file a written objection(s) to the entry of this order on or before __April 7, 2022__. If any objection(s) is filed on or before __April 7, 2022__, a hearing will be set. If no objection(s) is filed on or before __April 7, 2022__, the order shall become final effective __April 8, 2022__. Movant shall serve a copy of the within order on all parties-in-interest and the mailing matrix and file a certificate of service with the Court.

_____  
Carlota M. Böhm     dmr  
Chief United States Bankruptcy Court Judge

/s/ Ronda Winnecour  
Ronda Winnecour, Trustee  
Chapter 13 Trustee

/s/ Kenneth Steidl  
Kenneth Steidl, Esquire  
Attorney for the Debtor

FILED  
3/24/22 11:14 am  
CLERK  
U.S. BANKRUPTCY  
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                              )
Francis J. Cehelsky                 )   Case No. 15-24323 CMB
Lorraine A. Cehelsky                )
    Debtor                        )   Chapter 13
                                    )   Document No.
Steidl and Steinberg, P.C.          )
    Applicant                     )
                                    )
vs.                                 )
                                    )
Ronda J. Winnecour, Trustee,        )
    Respondents                   )

### Exhibit "A"- Itemized Listing of Services Rendered

| Description of Service | Date | Time Spent | Rate |
|---|---|---|---|
| Initial Consultation | 10.12.2015 | 1.0 | KS |
| Creation of Office File Folder, Preparation and Service of Fee Agreement, Entry of Debtor information into the Office Best Case System | 11.11.2015 | 1.0 | P |
| Preparation of Emergency Paperwork | 11.24.2015 | 1.0 | KS |
| Filing of Emergency Paperwork | 11.25.2015 | 0.3 | P |
| Preparation of Completed Paperwork | 12.15.2015 | 1.0 | KS |
| Preparation of Chapter 13 Plan | 12.15.2015 | 1.0 | KS |
| Preparation of Completed Paperwork | 12.16.2015 | 0.3 | P |
| Letter to Debtors Re: Completion and Plan Payment Procedure | 12.16.2015 | 0.5 | KS |
| Preparation of Chapter 13 Plan | 12.16.2015 | 0.3 | P |
| Review of 341 Meeting of Creditors Notice, including the entry of the meeting information in the scheduling book and the electronic calendar | 12.19.2015 | 0.3 | KS |
| Service of 341 Meeting Notice on Client | 12.19.2015 | 0.3 | P |
| Service of Client Income and Tax Information on the Chapter | 12.19.2015 | 0.3 | P |
| Preparation for 341 Meeting of Creditors | 01.08.2016 | 0.3 | JFS |
| Attendance at 341 Meeting of Creditors | 01.11.2016 | 0.3 | JFS |
| Review of the Scheduling Order for the Amended Plan | 01.16.2016 | 0.3 | KS |
| Preparation of the Amended Plan | 01.16.2016 | 1.0 | KS |
| Meeting with Client Re: Follow-Up | 01.21.2016 | 1.0 | KS |
| Filing of the Amended Plan | 01.21.2016 | 0.3 | P |
| Review of the Scheduling Order for the Amended Plan | 01.27.2016 | 0.3 | KS |
| Service of the Amended Plan | 01.27.2016 | 0.5 | P |
| Preparation of the Certificate of Service for the Amended Plan | 01.27.2016 | 0.3 | P |
| Filing of the Certificate of Service for the Amended Plan | 01.27.2016 | 0.3 | P |
| Preparation of the Motion for Vehicle Financing | 02.04.2016 | 0.8 | KS |
| Preparation of the Notice of Hearing for the Motion for Vehicle Financing | 02.04.2016 | 0.3 | KS |
| Preparation of the Certificate of Service for the Motion for Vehicle Financing | 02.04.2016 | 0.3 | P |
| Filing of the Motion for Vehicle Financing | 02.04.2016 | 0.3 | P |
| Filing of the Notice of Hearing for the Motion for Vehicle Financing | 02.04.2016 | 0.3 | P |

| Description | Date | Hours | By |
|---|---|---|---|
| Filing of the Certificate of Service for the Motion for Vehicle Financing | 02.04.2016 | 0.3 | P |
| Service of the Motion for Vehicle Financing | 02.04.2016 | 0.5 | P |
| Preparation of the CNO for the Motion for Vehicle Financing | 02.23.2016 | 0.3 | KS |
| Filing of the CNO for the Motion for Vehicle Financing | 02.23.2016 | 0.3 | P |
| Review of the Order Granting the Motion for Vehicle Financing | 02.25.2016 | 0.1 | KS |
| Preparation for Conciliation Conference | 02.25.2016 | 0.3 | KS |
| Attendance at Conciliation Conference | 02.25.2016 | 0.3 | KS |
| Letter to Debtors Re: Vehicle Order | 02.26.2016 | 0.3 | KS |
| Review of the Interim Confirmation Order | 03.02.2016 | 0.1 | KS |
| Review of the Motion for Relief From Stay filed by Financial Vehicle Services | 03.23.2016 | 0.3 | KS |
| Review of the Order Granting the Motion for Relief From Stay filed by Financial Vehicle Services | 05.03.2016 | 0.1 | KS |
| Preparation for Conciliation Conference | 06.08.2016 | 0.3 | KS |
| Attendance at Conciliation Conference | 06.09.2018 | 0.3 | KS |
| Review of the Confirmation Order | 06.17.2016 | 0.1 | KS |
| Review of the Motion for Relief From Stay by JP Morgan | 10.15.2016 | 0.3 | KS |
| Meeting with Client Re: MFRS | 10.31.2016 | 1.0 | KS |
| Preparation of the Response to the MFRS | 10.31.2016 | 0.3 | KS |
| Filing of the Response to the MFRS | 10.31.2016 | 0.3 | P |
| Service of the Response to the MFRS | 10.31.2016 | 0.3 | P |
| Preparation for the Hearing Re: MFRS | 11.15.2016 | 0.3 | JFS |
| Attendance at the Hearing Re: MFRS | 11.10.2016 | 0.3 | JFS |
| Review of the Stipulation Resolving the MFRS | 11.27.2016 | 0.1 | KS |
| Review of the Order Granting the Stipulation Re: MFRS | 11.30.2016 | 0.1 | KS |
| Preparation of the Amended Plan | 02.21.2017 | 1.0 | KS |
| Filing of the Amended Plan | 02.21.2017 | 0.3 | P |
| Review of the Scheduling Order for the Amended Plan | 02.27.2017 | 0.3 | KS |
| Service of the Amended Plan and Scheduling Order | 02.27.2017 | 0.5 | P |
| Preparation of the Certificate of Service for the Amended Plan | 02.27.2017 | 0.3 | P |
| Filing of the Certificate of Service for the Amended Plan | 02.27.2017 | 0.3 | P |
| Preparation of the Report of Financing | 02.23.2017 | 0.3 | KS |
| Filing of the Report of Financing | 02.23.2017 | 0.3 | P |
| Service of the Report of Financing | 02.23.2017 | 0.3 | P |
| Review of the Affidavit of Default | 03.08.2017 | 0.1 | KS |
| Review of the Order Granting the Affidavit of Default | 03.09.2017 | 0.1 | KS |
| Preparation for Conciliation Conference | 04.12.2017 | 0.3 | AES |
| Attendance at Conciliation Conference | 04.13.2017 | 0.3 | AES |
| Letter to Debtors Re: Conciliation Conference Outcome | 04.14.2017 | 0.3 | KS |
| Review of the Confirmation Order | 04.22.2017 | 0.1 | KS |
| Review of the Notice of Mortgage Payment Change | 09.22.2017 | 0.2 | KS |
| Preparation of the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.8 | KS |
| Preparation of the Notice of Hearing for the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.3 | KS |
| Preparation of the Certificate of Service for the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.3 | P |
| Filing of the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.3 | P |
| Filing of the Notice of Hearing for the Objection to the Notice | 09.22.2017 | 0.3 | P |

| Description | Date | Hours | Initials |
|---|---|---|---|
| of Mortgage Payment Change | | | |
| Filing of the Certificate of Service for the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.3 | P |
| Service of the Objection to the Notice of Mortgage Payment Change | 09.22.2017 | 0.5 | P |
| Review of the Response to the Objection to the Notice of Mortgage Payment Change | 10.11.2017 | 0.3 | KS |
| Review of the Order Rescheduling the Hearing for the Objection to the Notice of Mortgage Payment Change | 10.21.2017 | 0.1 | KS |
| Preparation for the Hearing Re: Objection to the Notice of Mortgage Payment Change | 10.24.2017 | 0.3 | AES |
| Attendance at the Hearing Re: Objection to the Notice of Mortgage Payment Change | 10.25.2017 | 0.3 | AES |
| Preparation for the Hearing Re: Objection to the Notice of Mortgage Payment Change | 11.28.2017 | 0.3 | LML |
| Attendance at the Hearing Re: Objection to the Notice of Mortgage Payment Change | 11.29.2017 | 0.3 | LML |
| Review of the Order Resolving the Objection to the Notice of Mortgage Payment Change | 12.06.2017 | 0.8 | KS |
| Review of the Notice of Mortgage Payment Change | 01.12.2018 | 0.2 | KS |
| Preparation of the Declaration that No Amended Plan is Necessary | 01.12.2018 | 0.3 | P |
| Filing of the Declaration that No Amended Plan is Necessary | 01.12.2018 | 0.3 | P |
| Service of the Declaration that No Amended Plan is Necessary | 01.12.2018 | 0.3 | P |
| Review of the Notice of Mortgage Payment Change | 01.19.2018 | 0.2 | KS |
| Preparation of the Declaration that No Amended Plan is Necessary | 01.19.2018 | 0.3 | P |
| Filing of the Declaration that No Amended Plan is Necessary | 01.19.2018 | 0.3 | P |
| Service of the Declaration that No Amended Plan is Necessary | 01.19.2018 | 0.3 | P |
| Review of the Notice of Funds on Reserve | 09.16.2020 | 0.1 | KS |
| Review of the TCOD | 09.17.2020 | 0.3 | KS |
| Review of the Notice of Intention to Pay Claims | 09.17.2020 | 0.1 | KS |
| Review of the TCOD Scheduling Order | 09.19.2020 | 0.1 | KS |
| Meeting with Client Re: TCOD | 09.22.2020 | 1.0 | KS |
| Letter to Debtors Re: Debtor Education | 10.02.2020 | 0.2 | AES |
| Filing of the Certificate of Debtor Education | 10.14.2020 | 0.2 | P |
| Filing of the Certificate of Debtor Education | 10.14.2020 | 0.2 | P |
| Meeting with Client Re: CARES Act Extension | 10.20.2020 | 1.0 | KS |
| Preparation of the Certification of Discharge Eligibility | 10.20.2020 | 0.2 | P |
| Service of the Certification of Discharge Eligibility | 10.20.2020 | 0.2 | P |
| Preparation of the Proof of Payment | 11.02.2020 | 0.5 | KS |
| Filing of the Proof of Payment | 11.02.2020 | 0.3 | P |
| Service of the Proof of Payment | 11.02.2020 | 0.3 | P |
| Preparation of the Amended Plan | 11.02.2020 | 1.0 | KS |
| Filing of the Amended Plan | 11.02.2020 | 0.3 | P |
| Review of the Scheduling Order for the Amended Plan | 11.03.2020 | 0.3 | KS |
| Service of the Amended Plan and Scheduling Order | 11.03.2020 | 0.5 | P |
| Preparation of the Certificate of Service for the Amended Plan | 11.03.2020 | 0.3 | P |
| Filing of the Certificate of Service for the Amended Plan | 11.03.2020 | 0.3 | P |
| Preparation for Conciliation Conference | 01.20.2021 | 0.3 | AES |
| Attendance at Conciliation Conference | 01.21.2021 | 0.3 | AES |
| Letter to Debtors Re: Conciliation Update | 01.25.2021 | 0.3 | KS |
| Review of the Confirmation Order | 01.26.2021 | 0.1 | KS |

| | | | |
|---|---|---|---|
| Letter to Debtors Re: Bankruptcy Case | 01.25.2021 | 0.3 | KS |
| Summary of Services Rendered and Review of Case File | 03.17.2022 | 2.0 | P |
| Filing of the Certification of Discharge Eligibility | {      } | 0.2 | P |

**Total Time by All Parties: 44.30 hours**

**Total Time by Rate:**
    **Kenneth Steidl, Esquire**    **23.2 hours**
    **Julie Frazee Steidl, Esquire**    **1.2 hours**
    **Abagale E. Steidl, Esquire**    **2.1 hours**
    **Lauren M. Lamb, Esquire**    **0.6 hours**
    **Paralegal**    **17.2 hours**

**Exhibit "A"**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24323-CMB |
| Francis J. Cehelsky | Chapter 13 |
| Lorraine A. Cehelsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francis J. Cehelsky, Lorraine A. Cehelsky, 5 Wellington Court, Mc Kees Rocks, PA 15136-1377 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2022          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK N.A. bnicholas@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank successor by merger to Pittsburgh Home Savings Bank gdarr@lenderlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank successor by merger to Pittsburgh Home Savings Bank jmccall@lenderlaw.com, justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Joint Debtor Lorraine A. Cehelsky julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 24, 2022 | Form ID: pdf900 | Total Noticed: 1 |

eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl

on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@st
eidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Martin A. Mooney

on behalf of Creditor Financial Services Vehicle Trust kcollins@schillerknapp.com  lgadomski@schillerknapp.com

Martin A. Mooney

on behalf of Creditor BMW Financial Services NA  LLC kcollins@schillerknapp.com, lgadomski@schillerknapp.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft

on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com
ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

William E. Craig

on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com
mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13