IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Case No. 15-24323 |
| Francis J. Cehelsky, ) | Chapter 13 |
| Lorraine A. Cehelsky, ) | |
| *Debtors* ) | |
| ) | Related to Docket No. 114 |
| Steidl & Steinberg P.C., ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| Ronda Winnecour, Trustee, ) | |
| *Respondent* ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 24, 2022, a true and correct copy of the *Revised Consent Order of Court dated March 24, 2022* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee
**Served by CM/ECF:** Office of the United States Trustee

Date of Service: April 1, 2022          /s/ Kenneth Steidl
                                        Kenneth Steidl, Esquire
                                        Attorney for the Debtor
                                        STEIDL & STEINBERG
                                        2830 Gulf Tower - 707 Grant Street
                                        Pittsburgh, PA 15219
                                        (412) 391-8000 ken.steidl@steidl-steinberg.com
                                        PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 15-24323-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Apr  1 09:11:23 EDT 2022 | AMERICAN EXPRESS CENTURION BANK<br>C/O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | AMX<br>c/o Becket & Lee<br>PO Box 3001<br>16 General Warrent Blvd.<br>Malvern, PA 19355-1245 |
| Peter J. Ashcroft<br>Bernstein-Burkley, P.C.<br>Suite 2200, Gulf Tower<br>Pittsburgh, PA 15219-1900 | BMW Financial Services NA, LLC<br>C/O AIS Portfolio Services LP<br>4515 N Santa Fe Ave<br>Dept. APS<br>Oklahoma City, OK 73118-7901 | BMW Financial Services NA, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| BP / Synchrony Bank<br>PO Box 965060<br>Orlando, FL 32896-5060 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bank of America, N.A.<br>P O Box 982284<br>El Paso, TX 79998-2284 |
| Capital One Auto Finance,<br>a division of Capital One N.A.<br>Ascension Capital Group<br>P.O. Box 165028<br>Irving, TX 75016-5028 | Francis J. Cehelsky<br>5 Wellington Court<br>Mc Kees Rocks, PA 15136-1377 | Lorraine A. Cehelsky<br>5 Wellington Court<br>Mc Kees Rocks, PA 15136-1377 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | CitiBank<br>PO Box 6500<br>Sioux Falls, SD 57117-6500 | William E. Craig<br>Morton and Craig LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057-3125 |
| Gary W. Darr<br>McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1220 | Discover<br>Golden Valley Club Drive<br>Minneapolis, MN 55427 | Discover Bank<br>6681 Country Blub Drive<br>Minneapolis, MN 55427-4601 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Duquesne Light Company<br>c/o Peter J. Ashcroft,<br>Bernstein-Burkley, P.C.,<br>707 Grant St., Suite 2200, Gulf Tower,<br>Pittsburgh, PA 15219-1945 | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262<br>NEW YORK, NY 10087-9262 |
| First Commonwealth Bank<br>P. O. Box 400<br>654 Philadelphia Street<br>Indiana, PA 15701-3930 | (p)FIRST COMMONWEALTH BANK<br>PO BOX 400<br>INDIANA PA 15701-0400 | First Commonwealth Bank<br>c/o McGrath McCall, P.C.<br>Four Gateway Center, Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 |
| First Commonwealth Bank, successor by merger<br>McGrath McCall, P.C.<br>Four Gateway Center<br>Suite 1040<br>444 Liberty Avenue<br>Pittsburgh, PA 15222-1225 | Home Depot<br>c/o Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 | Kohl's<br>Customer Service & Operation Center<br>N54 W13600<br>Menomonee Falls, WI 53051 |
| Lowe's/Synchrony Bank<br>PO Box 965004<br>Orlando, FL 32896-5004 | Justin L. McCall<br>McGrath McCall, P.C.<br>Four Gateway Center<br>444 Liberty Avenue<br>Suite 1040<br>Pittsburgh, PA 15222-1225 | Martin A. Mooney<br>Schiller, Knapp, Lefkowitz & Hertzel LLP<br>950 New Loudon Road<br>Suite 109<br>Latham, NY 12110-2190 |

```
Brian Nicholas                        Office of the United States Trustee    (p)PNC BANK RETAIL LENDING
KML Law Group, P.C.                   Liberty Center.                        P O BOX 94982
701 Market Street                     1001 Liberty Avenue, Suite 970         CLEVELAND OH 44101-4982
Suite 5000                            Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541


PRA  Receivables Management LLC       Pennsylvania Department of Revenue     Pennsylvania Dept. of Revenue
POB 41067                             Bankruptcy Division                    Department 280946
Norfolk, VA 23541-1067                P.O. Box 280946                        P.O. Box 280946
                                      Harrisburg, PA 17128-0946              ATTN: BANKRUPTCY DIVISION
                                                                             Harrisburg, PA 17128-0946


Peoples Natural Gas Company, LLC      (p)PORTFOLIO RECOVERY ASSOCIATES LLC   Recovery Management Systems Corporation
Attn: Dawn Lindner                    PO BOX 41067                           25 S.E. Second Avenue
225 North Shore Drive                 NORFOLK VA 23541-1067                  Suite 1120
Pittsburgh, PA 15212-5861                                                    Miami, FL 33131-1605


Recovery Management Systems Corporation   SANTANDER CONSUMER USA, INC.       Kenneth Steidl
25 S.E. 2nd Avenue, Suite 1120        P.O. BOX 560284                        Steidl & Steinberg
Miami, FL 33131-1605                  DALLAS, TX 75356-0284                  Suite 2830 Gulf Tower
                                                                             707 Grant Street
                                                                             Pittsburgh, PA 15219-1908


Synchrony Bank                        S. James Wallace                       Ronda J. Winnecour
c/o Recovery Management Systems Corp  GRB Law                                Suite 3250, USX Tower
25 SE 2nd Ave Suite 1120              525 William Penn Place                 600 Grant Street
Miami FL 33131-1605                   Suite 3110                             Pittsburgh, PA 15219-2702
                                      Pittsburgh, PA 15219-1753
```

                 The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                 by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank of America                       Chase                                  (d)Chase/Amazon
PO Box 982235                         PO Box 15298                           PO Box 15298
El Paso, TX 79998-2235                Wilmington, DE 19850-5298              Wilmington, DE 19850-5298


First Commonwealth Bank               (d)JPMorgan Chase Bank N.A.            (d)JPMorgan Chase Bank, N.A.
PO Box 400                            201 N Central Ave                      National Bankruptcy Department
Indiana, PA 15701-0400                AZ1-1191                               P.O. Box 29505 AZ1-1191
                                      Phoenix, AZ 85004                      Phoenix, AZ 85038-9505


PNC BANK N.A.                         (d)PNC BANK, N.A.                      (d)PNC Bank
PO BOX 94982                          PO BOX 94982                           2730 Liberty Avenue
CLEVELAND, OH 44101                   CLEVELAND, OHIO 44101                  Pittsburgh, PA 15222-4746


(d)PNC Bank                           (d)PNC Bank, N.A.                      Portfolio Recovery Associates, LLC
6750 Miller Road                      P.O. Box 94982                         POB 12914
Brecksville, OH 44141                 Cleveland, OH 44101-5570               Norfolk VA 23541
```

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BMW Finance

(u)Duquesne Light Company

(u)Financial Services Vehicle Trust

(u)JPMORGAN CHASE BANK, N.A.

(u)Mazda Finance

End of Label Matrix
Mailable recipients   44
Bypassed recipients    5
Total                 49