IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | Case No. 15-24323-CMB |
| Francis J. Cehelsky ) | Chapter 13 |
| Lorraine A. Cehelsky ) | |
|     Debtor(s) ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee ) | |
|     Movant(s) ) | |
|     vs. ) | |
| Francis J. Cehelsky ) | |
| Lorraine A. Cehelsky ) | |
|     Respondent(s) ) | |

NOTICE OF HEARING ON MOTION OF TRUSTEE FOR DISMISSAL

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a **Zoom Video Conference** hearing on the Trustee's motion will be held on **January 19, 2023, at 1:30 p.m. before Judge Carlota Böhm.** Parties or counsel of record who intent to participate in the hearing shall appear by Zoom Video Conference and shall make arrangements as directed by Judge Böhm's Zoom Procedures at **http://www/pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf.** Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before **December 9, 2022.**

| | |
|---|---|
| 11/22/22 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |

Case 15-24323-CMB   Doc 125   Filed 11/22/22   Entered 11/22/22 08:28:02   Desc
Imaged Certificate of Notice   Page 1 of 5

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24323-CMB |
| Francis J. Cehelsky | Chapter 13 |
| Lorraine A. Cehelsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis J. Cehelsky, Lorraine A. Cehelsky, 5 Wellington Court, Mc Kees Rocks, PA 15136-1377 |
| cr | + | First Commonwealth Bank, successor by merger to Pi, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14143675 | | Discover, Golden Valley Club Drive, Minneapolis, MN 55427 |
| 14143676 | + | Discover Bank, 6681 Country Blub Drive, Minneapolis, MN 55427-4601 |
| 14390883 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14143681 | | Kohl's, Customer Service & Operation Center, N54 W13600, Menomonee Falls, WI 53051 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2022 00:04:29 | BMW Financial Services NA, LLC, C/O AIS Portfolio Services LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: SAABankruptcy@fcbanking.com | Nov 22 2022 23:55:00 | First Commonwealth Bank, P. O. Box 400, 654 Philadelphia Street, Indiana, PA 15701-3930 |
| cr | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 00:04:28 | JPMorgan Chase Bank N.A., 201 N Central Ave, AZ1-1191, Phoenix, AZ 85004 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:04:29 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 00:04:22 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14162161 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:04:25 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14143668 | + | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:04:26 | AMX, c/o Becket & Lee, PO Box 3001, 16 General Warrent Blvd., Malvern, PA 19355-1245 |
| 14143669 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2022 23:54:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14162123 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 23 2022 00:04:25 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14143671 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:04:29 | BP / Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 14150120 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 22 2022 23:55:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14333180 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 23 2022 00:04:25 | Capital One Auto Finance,, a division of Capital One N.A., Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 14143674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 23 2022 00:04:30 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14148077 | | Email/Text: mrdiscen@discover.com | Nov 22 2022 23:54:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14211519 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 22 2022 23:55:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14204522 | | Email/PDF: bncnotices@becket-lee.com | Nov 23 2022 00:04:29 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14143678 | | Email/Text: SAABankruptcy@fcbanking.com | Nov 22 2022 23:55:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14143680 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 00:04:22 | Home Depot, c/o Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14143672 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 00:04:25 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14143673 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 00:04:22 | Chase/Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14208239 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 23 2022 00:04:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14143682 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:04:28 | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14209458 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 23:55:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14207776 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 23:55:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14143686 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 23:55:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14143684 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2022 23:55:00 | PNC Bank, 6750 Miller Road, Brecksville, OH 44141 |
| 14211459 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:04:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14633177 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 23 2022 00:04:23 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14144571 | | Email/PDF: rmscedi@recoverycorp.com | Nov 23 2022 00:04:26 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14362188 | + | Email/Text: enotifications@santanderconsumerusa.com | Nov 22 2022 23:55:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14211063 | | Email/PDF: gecsedi@recoverycorp.com | Nov 23 2022 00:04:25 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Financial Services Vehicle Trust |

Case 15-24323-CMB   Doc 127   Filed 11/24/22   Entered 11/25/22 00:28:02   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14143670 | | BMW Finance |
| 14143683 | | Mazda Finance |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 14143677 | *+ | Discover Bank, 6681 Country Blub Drive, Minneapolis, MN 55427-4601 |
| 14143679 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14143685 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 6750 Miller Road, Brecksville, OH 44141 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2022             Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank  successor by merger to Pittsburgh Home Savings Bank gdarr@lenderlaw.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank  successor by merger to Pittsburgh Home Savings Bank jmccall@lenderlaw.com, justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Lorraine A. Cehelsky julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Martin A. Mooney | on behalf of Creditor Financial Services Vehicle Trust Martin.Mooney@ag.ny.gov  lgadomski@schillerknapp.com |
| Martin A. Mooney | on behalf of Creditor BMW Financial Services NA  LLC Martin.Mooney@ag.ny.gov, lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Nov 22, 2022 | Form ID: pdf900 | Total Noticed: 38 |

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

William E. Craig
        on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13