IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 15-24323-CMB |
| Francis J. Cehelsky | ) | Chapter 13 |
| Lorraine A. Cehelsky | ) | |
| Debtor(s) | ) | Related Doc #124 |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | Hearing Date: 1/19/23 |
| vs. | ) | at 1:30 p.m. |
| Francis J. Cehelsky | ) | |
| Lorraine A. Cehelsky | ) | |
| Respondent(s) | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S MOTION TO DISMISS


The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on November 22, 2022 has been received.   The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon.  Pursuant to the Notice of Hearing, responses were to be filed and served no later than December 9, 2022.


12/10/2022                                /s/ Ronda J. Winnecour
                                          Ronda J. Winnecour
                                          Chapter 13 Trustee (PA I.D. #30399)
                                          U.S. Steel Tower – Suite 3250
                                          600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          cmecf@chapter13trusteewdpa.com