Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **Francis J. Cehelsky** : | Case No. 15−24323−CMB |
| aka Frank Cehelsky : | Chapter: 13 |
| **Lorraine A. Cehelsky** : | |
| aka Lorraine A. Slutiak−Cehelsky : | |
| *Debtor(s)* : | |
| : | |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 12th of December, 2022,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

*Carlota M. Böhm*
Carlota M. Böhm, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-24323-CMB |
| Francis J. Cehelsky | Chapter 13 |
| Lorraine A. Cehelsky | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Dec 12, 2022 | Form ID: 309 | Total Noticed: 38 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis J. Cehelsky, Lorraine A. Cehelsky, 5 Wellington Court, Mc Kees Rocks, PA 15136-1377 |
| cr | + | First Commonwealth Bank, successor by merger to Pi, McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue Pittsburgh, PA 15222-1225 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5861 |
| 14143675 | | Discover, Golden Valley Club Drive, Minneapolis, MN 55427 |
| 14143676 | + | Discover Bank, 6681 Country Blub Drive, Minneapolis, MN 55427-4601 |
| 14390883 | + | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1040, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 14143681 | | Kohl's, Customer Service & Operation Center, N54 W13600, Menomonee Falls, WI 53051 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Dec 13 2022 05:03:00 | BMW Financial Services NA, LLC, C/O AIS Portfolio Services LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 00:08:00 | First Commonwealth Bank, P. O. Box 400, 654 Philadelphia Street, Indiana, PA 15701-3930 |
| cr | | EDI: JPMORGANCHASE | Dec 13 2022 05:03:00 | JPMorgan Chase Bank N.A., 201 N Central Ave, AZ1-1191, Phoenix, AZ 85004 |
| cr | + | EDI: PRA.COM | Dec 13 2022 05:03:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | | EDI: RECOVERYCORP.COM | Dec 13 2022 05:03:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14162161 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2022 00:25:28 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, POB 3001, MALVERN, PA 19355-0701 |
| 14143668 | + | Email/PDF: bncnotices@becket-lee.com | Dec 13 2022 00:25:24 | AMX, c/o Becket & Lee, PO Box 3001, 16 General Warrent Blvd., Malvern, PA 19355-1245 |
| 14143669 | | EDI: BANKAMER.COM | Dec 13 2022 05:03:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 14162123 | + | EDI: AISACG.COM | Dec 13 2022 05:03:00 | BMW Financial Services NA, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14143671 | | EDI: RMSC.COM | Dec 13 2022 05:03:00 | BP / Synchrony Bank, PO Box 965060, Orlando, FL 32896-5060 |
| 14150120 | + | EDI: BANKAMER2.COM | Dec 13 2022 05:03:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14333180 | + | EDI: AISACG.COM | | |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: 309 | Total Noticed: 38 |

| Recip ID | | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 13 2022 05:03:00 | Capital One Auto Finance,, a division of Capital One N.A., Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 14143674 | + | EDI: CITICORP.COM | Dec 13 2022 05:03:00 | CitiBank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 14148077 | | EDI: DISCOVER.COM | Dec 13 2022 05:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14211519 | + | Email/Text: kburkley@bernsteinlaw.com | Dec 13 2022 00:09:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14204522 | | Email/PDF: bncnotices@becket-lee.com | Dec 13 2022 00:25:29 | ECAST SETTLEMENT CORPORATION, PO BOX 29262, NEW YORK, NY 10087-9262 |
| 14143678 | | Email/Text: SAABankruptcy@fcbanking.com | Dec 13 2022 00:08:00 | First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14143680 | | EDI: JPMORGANCHASE | Dec 13 2022 05:03:00 | Home Depot, c/o Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14143672 | | EDI: JPMORGANCHASE | Dec 13 2022 05:03:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 14143673 | | EDI: JPMORGANCHASE | Dec 13 2022 05:03:00 | Chase/Amazon, PO Box 15298, Wilmington, DE 19850-5298 |
| 14208239 | | EDI: JPMORGANCHASE | Dec 13 2022 05:03:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 14143682 | + | EDI: RMSC.COM | Dec 13 2022 05:03:00 | Lowe's/Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 14209458 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 14207776 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14143686 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC Bank, 2730 Liberty Avenue, Pittsburgh, PA 15222-4746 |
| 14143684 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 00:08:00 | PNC Bank, 6750 Miller Road, Brecksville, OH 44141 |
| 14211459 | | EDI: PRA.COM | Dec 13 2022 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14633177 | | EDI: PRA.COM | Dec 13 2022 05:03:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14144571 | | EDI: RECOVERYCORP.COM | Dec 13 2022 05:03:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14362188 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 13 2022 00:09:00 | SANTANDER CONSUMER USA, INC., P.O. BOX 560284, DALLAS, TX 75356-0284 |
| 14211063 | | EDI: RMSC.COM | Dec 13 2022 05:03:00 | Synchrony Bank, c/o Recovery Management Systems Corp, 25 SE 2nd Ave Suite 1120, Miami FL 33131-1605 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | Financial Services Vehicle Trust |

Case 15-24323-CMB   Doc 130   Filed 12/14/22   Entered 12/15/22 00:28:58   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 12, 2022 | Form ID: 309 | Total Noticed: 38 |

| | | |
|---|---|---|
| cr | | JPMORGAN CHASE BANK, N.A. |
| 14143670 | | BMW Finance |
| 14143683 | | Mazda Finance |
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101-5570 |
| 14143677 | *+ | Discover Bank, 6681 Country Blub Drive, Minneapolis, MN 55427-4601 |
| 14143679 | *P++ | FIRST COMMONWEALTH BANK, PO BOX 400, INDIANA PA 15701-0400, address filed with court:, First Commonwealth Bank, PO Box 400, Indiana, PA 15701-0400 |
| 14143685 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, 6750 Miller Road, Brecksville, OH 44141 |

TOTAL: 5 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2022                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor JPMORGAN CHASE BANK  N.A. bnicholas@kmllawgroup.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank  successor by merger to Pittsburgh Home Savings Bank gdarr@lenderlaw.com |
| Justin L. McCall | on behalf of Creditor First Commonwealth Bank  successor by merger to Pittsburgh Home Savings Bank jmccall@lenderlaw.com, justin-mccall@comcast.net |
| Kenneth Steidl | on behalf of Debtor Francis J. Cehelsky julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Lorraine A. Cehelsky julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Martin A. Mooney | on behalf of Creditor Financial Services Vehicle Trust Martin.Mooney@ag.ny.gov  lgadomski@schillerknapp.com |
| Martin A. Mooney | on behalf of Creditor BMW Financial Services NA  LLC Martin.Mooney@ag.ny.gov, lgadomski@schillerknapp.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Dec 12, 2022 | Form ID: 309 | Total Noticed: 38 |

S. James Wallace     on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, Equitablebankruptcy@peoples-gas.com

William E. Craig     on behalf of Creditor JPMorgan Chase Bank N.A. ecfmail@mortoncraig.com mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 13