**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    FRANCIS J. CEHELSKY
    LORRAINE A. CEHELSKY
        Debtor(s)

Case No.:15-24323

Ronda J. Winnecour
      Movant
   vs.
No Respondents.

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 11/25/2015 and confirmed on 03/01/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 361,694.54 |
| Less Refunds to Debtor | 3,000.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 358,694.54 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,196.17 | |
|   Trustee Fee | 15,581.98 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 18,778.15 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 154,559.96 | 0.00 | 154,559.96 |
|     Acct: 7823 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 0.00 | 109,780.61 | 0.00 | 109,780.61 |
|     Acct: 0330 | | | | |
|   PNC BANK NA | 0.00 | 39,143.08 | 0.00 | 39,143.08 |
|     Acct: 5787 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 4,664.09 | 0.00 | 0.00 | 0.00 |
|     Acct: 7823 | | | | |
|   FIRST COMMONWEALTH BANK(*) | 1,722.02 | 0.00 | 0.00 | 0.00 |
|     Acct: 0330 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 5787 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9231 | | | | |
| | | | | 303,483.65 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 15-24323 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| FRANCIS J. CEHELSKY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANCIS J. CEHELSKY | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,200.00 | 3,196.17 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,500.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BMW FINANCIAL SERVICES NA LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6070 | | | | |
| JPMORGAN CHASE BANK NA | 4,034.18 | 4,034.18 | 0.00 | 4,034.18 |
| Acct: 3894 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3894 | | | | |
| SANTANDER CONSUMER USA | 0.00 | 32,398.56 | 0.00 | 32,398.56 |
| Acct: 9077 | | | | |
| | | | | 36,432.74 |

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| PRA RECEIVABLES MANAGEMENT LLC - / | 4,987.59 | 0.00 | 0.00 | 0.00 |
| Acct: 0694 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 804.05 | 0.00 | 0.00 | 0.00 |
| Acct: 9330 | | | | |
| DISCOVER BANK(*) | 17,367.08 | 0.00 | 0.00 | 0.00 |
| Acct: 6805 | | | | |
| DISCOVER BANK(*) | 2,684.18 | 0.00 | 0.00 | 0.00 |
| Acct: 6274 | | | | |
| BANK OF AMERICA NA** | 14,078.23 | 0.00 | 0.00 | 0.00 |
| Acct: 1979 | | | | |
| ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2734 | | | | |
| ALLEGHENY GENERAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: MULT | | | | |
| ALLEGHENY RADIOLOGY ASSOCIATES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: MULT | | | | |
| AMERICAN EXPRESS CENTURION BNK | 1,038.53 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| SYNCHRONY BANK++ | 1,611.51 | 0.00 | 0.00 | 0.00 |
| Acct: 8559 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3613 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2287 | | | | |
| ECAST SETTLEMENT CORP | 13,127.25 | 0.00 | 0.00 | 0.00 |
| Acct: 8802 | | | | |
| HERITAGE VALLEY HEALTH SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0209 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 5,356.29 | 0.00 | 0.00 | 0.00 |
| Acct: 3391 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4709 | | | | |
| MONTOUR DENTAL PC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4130 | | | | |
| OHIO VALLEY GENL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: MULT | | | | |
| PNC BANK NA | 2,037.67 | 0.00 | 0.00 | 0.00 |
| Acct: 6161 | | | | |
| ROBINSON EMERGENCY MEDIC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2283 | | | | |

| 15-24323 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | UPMC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | UNIVERSITY OF PGH PHYSICIAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: MULT | | | | |
| | BMW FINANCIAL SERVICES NA LLC(*) | 3,663.33 | 0.00 | 0.00 | 0.00 |
| | Acct: 6070 | | | | |
| | BMW FINANCIAL SERVICES NA LLC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6070 | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 339,916.39 |
|---|---|---|

TOTAL CLAIMED
PRIORITY        4,034.18
SECURED         6,386.11
UNSECURED      66.755.71

Date: 01/10/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com